1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JERRY LEE KELLEY,                          No. 2:17-cv-1401 MCE KJN P

12                  Petitioner,

13          v.                                  ORDER TO SHOW CAUSE

14   WARDEN, MULE CREEK STATE
     PRISON,
15
                    Respondent.
16

17

18          Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas

19   corpus pursuant to 28 U.S.C. § 2254. On October 9, 2017, respondent filed a motion to dismiss

20   this action as barred by the statute of limitations. Petitioner has not filed an opposition to the

21   motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written

22   opposition or to file a statement of no opposition may be deemed a waiver of any opposition to

23   the granting of the motion . . . ." Id.

24          Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within

25   thirty days, why his failure to oppose respondent's motion to dismiss (ECF No. 11) should not be

26   deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition.

27   ////

28   ////

                                                    1

Petitioner is cautioned that failure to respond to the instant order, or to file an opposition to the pending motion to dismiss, will result in a recommendation that this action be dismissed.

Dated:  November 14, 2017

Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kell1401.46hab